IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TINA C. DODSON                                                                          PLAINTIFF

v.                          NO. 4:21-cv-00008 PSH

KILOLO KIJAKAZI, Acting Commissioner                              DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 12th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE